# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| BARBARA ANN NICHOLSON, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | |
| | | 1:10-cv-00795-JEC-AJB |
| ONEWEST BANK, | : | |
| Defendant. | : | |

## AMENDMENT TO COMPLAINT

COMES NOW, Plaintiff, prior to answer of Defendant, and amends her complaint by amending paragraph 12 of her complaint to read

12.

On March 16, 2010, FDIC purported to assign a security deed to OneWest Bank. Thus, any notice of foreclosure prior to that date was in violation of O.C.G.A. § 44-14-162.2. Moreover, as of the date of the amendment, OneWest <u>is not</u> the owner of the loan, but instead the loan is in the name of Fannie Mae. <u>See</u> Attachment A & B. <u>Compare</u> <u>Levi Strauss & Co. v. Sunrise Intern. Trading Inc.</u>, 51 F.3d 982, 985 (11th Cir. 1995).

[Signature on Next Page]

1

Respectfully submitted,

/s/ Ralph Goldberg_____
Ralph Goldberg
Ga. Bar No. 299475
Attorney for Plaintiff

Goldberg & Cuvillier, P.C.
755 Commerce Drive, Ste. 600
Decatur, GA 30030
(404) 378-7700
(404) 378-7708 FAX

# **CERTIFICATE OF SERVICE**

This is to certify that on this day counsel of record for the opposing party in the foregoing matter was served with a copy of this document by depositing in the United States Mail copies of the same in properly addressed envelopes with adequate postage thereon or by notification of electronic filing.

John Andrle
McCurdy & Candler, L.L.C.
250 E. Ponce De Leon Avenue, Suite 600
Decatur, GA 30031

This 13th day of April, 2010

/s/ Ralph Goldberg
Ralph Goldberg
Attorney for Plaintiff

Goldberg & Cuvillier, P.C.
755 Commerce Drive, Ste. 600
Decatur, GA 30030
(404) 378-7700
(404) 378-7708 FAX