IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BARBARA ANN NICHOLSON,

    Plaintiff,

v.

ONE WEST BANK,

    Defendant.

CIVIL ACTION NO.

1:10-CV-795-JEC

### ORDER

The above entitled action is presently before the Court on the Magistrate Judge's Non-Final Report and Recommendation [13] recommending denying plaintiff's Motion and Amended Motion for Temporary Restraining Order [6,7] and granting plaintiff's Motion to Allow Filing of Affidavit [8]. No Objections to the Report and Recommendation [13] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Non-Final Report and Recommendation [13] **DENYING** plaintiff's Motion for Temporary Restraining Order [6][1] and **GRANTING** plaintiff's Motion to Allow Filing of Affidavit [8].

---

[1] The Court notes that plaintiff's Amended Motion for Temporary Restraining Order was withdrawn on April 28, 2010 [14].

SO ORDERED, this ___?___ day of JUNE, 2010.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JULIE E. CARNES
　　　　　　　　　　　　　　　　　　CHIEF U.S. DISTRICT JUDGE